NUMBER 13-26-00045-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 
 IN RE ACTION CAR RENTAL, L.L.C.
 
 
 ON PETITION FOR WRIT OF MANDAMUS
 
 
 MEMORANDUM OPINION
 
 Before Chief Justice Tijerina and Justices Peña and West
 Memorandum Opinion by Justice West
 Relator Action Car Rental, L.L.C. asserts by petition for writ of mandamus that the trial court abused its discretion by denying its motion for summary judgment because "established and controlling Texas law required applying the federal Graves Amendment under 49 U.S.C. § 30106(a) to shield [r]elator from liability for its lessee's torts." See generally 49 U.S.C.A. § 30106 (governing rented or leased motor vehicle safety and responsibility).
 Mandamus is an extraordinary and discretionary remedy. See In re Allstate Indem. Co., 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); In re Prudential Ins. Co. of Am., 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show "that (1) the trial court clearly abused its discretion and (2) the party seeking relief lacks an adequate remedy on appeal." In re Ill. Nat'l Ins., 685 S.W.3d 826, 834 (Tex. 2024) (orig. proceeding); see In re Prudential Ins. Co. of Am., 148 S.W.3d at 138; Walker v. Packer, 827 S.W.2d 833, 839 - 40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." In re H.E.B. Grocery Co., 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); Walker, 827 S.W.2d at 840.
 The Court, having examined and fully considered the petition for writ of mandamus and intervening events, is of the opinion that relator has not met its burden to obtain relief. The Court directed relator to amend its petition to correct defects in the petition and the record; however, relator did not do so. See Tex. R. App. P. 9.4(j)(5), 52.3(d, k). The Court also ordered real party in interest Maria Eneida Garcia to file a response to the petition for writ of mandamus; however, Garcia did not do so. See id. R. 52.2, 52.4, 52.8. We deny the petition for writ of mandamus.
 JON WEST
 Justice

Delivered and filed on the
19th day of February, 2026.